**Order entered March 8, 2018**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-16-01486-CV

**SHANE PERRY AND LIZETT PUGLIESE, Appellants**

**V.**

**BENBROOKE RIDGE PARTNERS L.P., PRETIUM PROPERTY MANAGEMENT LLC, BENBROOKE ROCKWALL INVESTMENT CORP, BENBROOKE REALTY INVESTMENT COMPANY, SAMUEL NICHOLSON, AND RICHARD LUBKIN, Appellees**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 1-15-968**

## ORDER

On the Court's own motion, we **ORDER** Rockwall County District Clerk Lea Carlson to file, no later than March 19, 2018, a supplemental clerk's record containing copies of exhibits D, E, and E-1 to Shane Perry and Lizett Pugliese's Motion for New Trial. Ms. Carlson shall notify the Court in writing should the exhibits not be located.

We **DIRECT** the Clerk of the court to send a copy of this order to Ms. Carlson and the parties.

/s/ MOLLY M. FRANCIS
PRESIDING JUSTICE